UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:13-cv-20111-GRAHAM/GOODMAN

STANLEY HANDAL,

    Plaintiff,

v.

LEOPOLD L. JOSEPH, RAYMOND A. JOSEPH, and HAITI-OBSERVATEUR GROUP, an unknown business entity,

    Defendants.

_____/

## NOTICE OF FILING AFFIDAVITS OF SERVICE

COMES NOW, Plaintiff, STANLEY HANDAL, by and through undersigned counsel, and hereby gives notice of filing the attached Affidavits of Service of a Summons, Complaint, and Civil Cover Sheet served upon each of the Defendants, LEOPOLD L. JOSEPH, and RAYMOND A. JOSEPH, which are attached hereto.

Dated: January 30, 2013

    Respectfully Submitted,

    By: /s/ Gary S. Betensky
        Gary S. Betensky
        Fla. Bar. No. 0434302
        gbetensky@richmangreer.com
        Chad J. Gottlieb
        Fla. Bar No. 0064838
        cgottlieb@richmangreer.com
        250 Australian Ave. South, Ste. 1504
        West Palm Beach, Florida 33401
        Telephone: (561) 803-3500
        Facsimile: (561) 820-1608
        **ATTORNEYS FOR PLAINTIFF STANLEY HANDAL**

*Handal v. Joseph, et al.*
Case No. 13-cv-20111- GRAHAM/GOODMAN
Notice of Filing Affidavits of Service

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: /s/ Gary S. Betensky
Gary S. Betensky

## SERVICE LIST

Haiti-Observateur Group
Brooklyn Naval Yard, Bldg. 58
63 Flushing Ave., Unit 277
Brooklyn, NY 11205

Haiti-Observateur Group
P.O. Box 356237
Briarwood, NY 11435-6235

Leopold Joseph
13968 86th Ave.
Jamaica, NY 11435

Raymond Joseph
865 W. End Ave., Apt. 8C
New York, NY 10025

**RICHMAN GREER, P.A.**
Miami • West Palm Beach