UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Stanley Handal                                    CASE NO. 13-CV-20111-DLG

    Plaintiff(s),

v.

Leopold Joseph and Raymond Joseph

    Defendant(s).
_____/

FILED by __LS__ D.C.
Feb 22, 2013
STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, Leopold Joseph and Raymond Joseph, are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against defendant(s) Leopold Joseph and Raymond Joseph, as of course, on this date February 22, 2013.

**STEVEN M. LARIMORE**
CLERK OF COURT

By:   *Lisa J. Streets*
     Deputy Clerk

cc:  Hon. Donald L. Graham
    Counsel of Record
    Leopold Joseph                Raymond A. Joseph
    139-68 86th Avenue          865 West End Avenue, Apt 8C
    Jamaica, NY 11435-3002     New York, NY 10025-8405